**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 00-7206**

─────────────

NICK LYON,

Plaintiff - Appellant,

versus

JIM DUPREE; DOCTOR HARRELL,

Defendants - Appellees,

and

WAKE COUNTY CORRECTIONS DEPARTMENT OF MEDICAL
STAFF,

Defendant.

─────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief District Judge.  (CA-99-403-5-BO)

─────────────

Submitted:  October 17, 2000          Decided:  February 16, 2001

─────────────

Before NIEMEYER, WILLIAMS, and MOTZ, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Nick Lyon, Appellant Pro Se.  William McBlief, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina; Dana Hefter Davis, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Nick Lyon appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Lyon v. Dupree</u>, No. CA-99-403-5-BO (E.D.N.C. Aug. 3, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>